UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SCOTT JOHNSON,**<br><br>PLAINTIFF,<br><br>V.<br><br>**DENNIS WILLARD,** in his individual and representative capacity as Trustee—Willard Trust and doing business as Willard's Sport Shop; **CHRISTINE F. WILLARD**, in her individual and representative capacity as Trustee—Willard Trust; and Does 1-10.<br><br>DEFENDANTS. | CASE NO. 2:14-CV-00276-JAM-DAD<br><br>**ORDER GRANTING JOINT STIPULATION TO MODIFY SCHEDULING ORDER**<br><br>**Hon. John A. Mendez**<br><br>Courtroom No. 6 |

## **ORDER**

Pursuant to stipulation of the parties, and finding good cause therefore, this Court hereby orders that case management deadlines shall be scheduled in this matter shall be modified as follows:

- The parties shall make expert witness disclosures under Fed. R. Civ. P. 26(a)(2) by **April 6, 2015**;

- Supplemental disclosure and disclosure of any rebuttal experts under

Fed. R. Civ. P. 26(a)(2)(c) shall be made by **April 20, 2015**;

- All discovery shall be completed by **June 5, 2015**. In this context, "completed" means that all discovery shall have been conducted so that all depositions have been taken and any disputes relative to discovery shall have been resolved by appropriate order if necessary and, where discovery has been ordered, the order has been complied with.

**IT IS SO ORDERED**

DATED: 2/20/2015                    /s/ John A. Mendez_____
                                    Honorable John A. Mendez
                                    United States District Court Judge