UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>    Plaintiff,<br>v.<br><br>DENNIS WILLARD, in his individual and representative capacity as Trustee--Willard Trust and doing business as Willard's Sport Shop; CHRISTINE F WILLARD, in her individual and representative capacity as Trustee--Willard Trust; and Does 1-10,<br><br>    Defendants, | Case: 2:14-CV-00276-JAM-DAD<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a) (1); & ORDER THEREON** |

### ORDER

Pursuant to stipulation, this action is hereby ordered dismissed with prejudice, each party to bear their own attorneys' fees and costs.

Dated: 6/3/2015     /s/ John A. Mendez_____
                                    HONORABLE JOHN A. MENDEZ
                                    UNITED STATES DISTRICT COURT JUDGE